**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                         :

In the Matter of a Warrant for All Content and    :
Other Information Associated with the iCloud    :     21 MC 425
Accounts assigned to Telephone Numbers 917-  :
951-3862, 347-224-6792, XXX-XXX-XXXX, and  :    **NOTICE OF APPEARANCE**
Email rudolphgiuliani@icloud.com, Maintained  :
at Premises Controlled by Apple, Inc. USAO    :
Reference No. 2018R01226

                And

In the Matter of Search Warrants executed on
April 28, 2021                      :
                                         :
                                         :
------------------------------------------------------------------------x

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Robert J. Costello of Davidoff Hutcher & Citron,

LLP, with offices located at 605 Third Avenue, New York, New York 10158, hereby

appears on behalf of Rudolph W. Giuliani.

      I certify that I am admitted to practice in the Southern District of New York.


Dated:      New York, New York        Respectfully Submitted,
            May 7, 2021

                                     */s/* Robert J. Costello
                                     Robert J. Costello
                                     DAVIDOFF HUTCHER & CITRON, LLP
                                     605 Third Avenue, 34th Fl.
                                     New York, N.Y. 10158
                                     Tel: 646-428-3840
                                     Fax: 212-286-1884
                                     rjc@dhclegal.com

                                     *Attorneys for Defendant Rudolph W. Giuliani*