UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARCH WARRANT DATED APRIL 28, 2021 | Civil Action No. 21-MC-00425 (JPO)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

**PLEASE TAKE NOTICE** that the undersigned attorney, Michael J. Bowe, hereby appears as counsel of record for Victoria Toensing, in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: May 10, 2021

        Respectfully Submitted,

By: */s/ Michael Bowe*
    Michael J. Bowe (2557973)
    Brown Rudnick LLP
    7 Times Square
    New York, New York 10036
    (212) 209-4800
    mbowe@brownrudnick.com

    *Counsel for Victoria Toensing*