UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SEARCH WARRANT DATED APRIL 28, 2021

Civil Action No. 21-MC-00425 (JPO)

**MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

---

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Edward Patrick Gilman hereby moves this Court for an Order for Admission Pro Hac Vice to appear as counsel for Victoria Toensing in the above-captioned action.

I am a member in good standing of the District of Columbia and State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 10, 2021

Respectfully Submitted,

By: _____
Edward Patrick Gilman
Brown Rudnick LLP
601 Thirteenth Street NW
Washington, DC 20005
(202) 536-1700
pgilman@brownrudnick.com

*Attorney for Victoria Toensing*