**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARCH WARRANT DATED APRIL 28, 2021

Civil Action No. 21-MC-00425 (JPO)

**AFFIDAVIT OF EDWARD PATRICK GILMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

I, EDWARD PATRICK GILMAN, hereby declare as follows:

1. I am a attorney with the law firm of Brown Rudnick LLP.

2. I submit this affidavit in support of my Motion for Admission Pro Hac Vice in the above-captioned matter.

3. I am an active member in good standing and currently eligible to practice law in the District of Columbia and State of Illinois.

4. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the District of Columbia and State of Illinois. I am also admitted to practice before several federal courts, including the United States Supreme Court, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Armed Services, and the United States District Court for the Northern District of Illinois.

5. I have never been convicted of a felony, censured, suspended, disbarred or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me in any court.

6. I respectfully request to be permitted to appear as counsel pro hac vice in this case for Victoria Toensing.

I declare under penalty of perjury that the foregoing statements are true and correct based on my personal knowledge.

Executed this 10th day of May, 2021.

_____
EDWARD PATRICK GILMAN

Sworn to before me this
10th day of May, 2021.

E. Gilman
_____
Notary Public   Elisabeth Gilman
LTC, US ARMY
10 USC 1044a



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Edward Gilman*

was duly qualified and admitted on October 11, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 6, 2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Edward Patrick Gilman

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Edward Patrick Gilman was duly admitted to practice in said Court on (12/20/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/06/2021 )

    Thomas G. Bruton , Clerk,

    By:  Christian McNally
          Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ CHRISTIAN MCNALLY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 6, 2021

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Edward Patrick Gilman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 6th day of May, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois