**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------x

In the Matter of a Warrant for All Content and
Other Information Associated with the iCloud
Accounts assigned to Telephone Numbers 917-
951-3862, 347-224-6792, XXX-XXX-XXXX, and
Email rudolphgiuliani@icloud.com, Maintained
at Premises Controlled by Apple, Inc. USAO
Reference No. 2018R01226

            And

In the Matter of Search Warrants executed on
April 28,2021
-----------------------------------------------------------------------------x

21 MC 425

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that Arthur L. Aidala of the Law Offices of Aidala, Bertuna & Kamins, P.C., with offices located at 546 Fifth Avenue, 6th Floor, New York, New York 10036, hereby appears on behalf of Rudolph Giuliani.

     I certify that I am admitted to practice in the Southern District of New York.

Dated:     New York, New York
            May 12, 2021

Respectfully Submitted,

/s/   Arthur L. Aidala

Arthur L. Aidala
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Ave., 6th Fl.
New York, N.Y. 10036
Tel: (212) 416-0011
Fax: (718) 921-3292
aidalaesq@aidalalaw.com

*Attorneys for Defendant Rudolph W. Giuliani*