**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

| | |
|---|---|
| In the Matter of a Warrant for All Content and Other Information Associated with the iCloud Accounts assigned to Telephone Numbers 917-951-3862, 347-224-6792, XXX-XXX-XXXX, and Email rudolphgiuliani@icloud.com, Maintained at Premises Controlled by Apple, Inc. USAO Reference No. 2018R01226 | 21 MC 425<br><br>**NOTICE OF APPEARANCE** |

And

In the Matter of Search Warrants executed on
April 28, 2021
-----------------------------------------------------------------------x

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that John Leventhal of the Law Offices of Aidala, Bertuna & Kamins, P.C., with offices located at 546 Fifth Avenue, 6th Floor, New York, New York 10036, hereby appears on behalf of Rudolph Giuliani.

    I certify that I am admitted to practice in the Southern District of New York.

| | |
|---|---|
| Dated:   New York, New York<br>            May 12, 2021 | Respectfully Submitted, */s/*<br><br>John Leventhal<br>————————————————<br>John Leventhal<br>AIDALA, BERTUNA & KAMINS, P.C.<br>546 Fifth Ave., 6th Fl.<br>New York, N.Y. 10036<br>Tel: (212) 416-0011<br>Fax: (718) 921-3292<br>judgeleventhal@aidalalaw.com<br><br>*Attorneys for Defendant Rudolph W. Giuliani* |