UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SEARCH WARRANT DATED APRIL 28, 2021

Civil Action No. 21-MC-00425 (JPO)

**NOTICE OF APPEARANCE**

ECF CASE

---

**PLEASE TAKE NOTICE** that the undersigned attorney, Edward Patrick Gilman, hereby appears as counsel of record for Victoria Toensing, in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: May 14, 2021

Respectfully Submitted,

By: */s/ Edward Patrick Gilman*
    Edward Patrick Gilman
    Brown Rudnick LLP
    601 Thirteenth Street NW
    Washington, DC 20005
    (202) 536-1700
    pgilman@brownrudnick.com

*Counsel for Victoria Toensing*