

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 14, 2021

**BY EMAIL**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>In re Search Warrants dated April 21, 2021, and April 28, 2021</u>, 21-MC-425(JPO)

Dear Judge Oetken:

      The Government writes with respect to the sealing and partial redaction of the letter briefs filed by counsel for Ms. Toensing and Mr. Giuliani on May 12, 2021, as well as the Government's April 29, 2021 letter. The Government has conferred with counsel for Ms. Toensing and Mr. Giuliani, and the parties have agreed upon the redactions enclosed in the attached documents. The redactions are narrowly tailored to protect the Government's ongoing grand jury investigation and third party privacy interests by redacting specific information related to the applicable warrants, while permitting very general information about the warrants to be unredacted. Accordingly, the parties respectfully request that the attached partially redacted letter briefs be filed with the Court's approval.

                                            Respectfully submitted,

                                            AUDREY STRAUSS
                                            United States Attorney for the
                                            Southern District of New York

                              By:     /s/_____
                                            Rebekah Donaleski
                                            Nicolas Roos
                                            Aline R. Flodr
                                            Assistant United States Attorneys
                                            (212) 637-2423/ 2421/ 1110

Cc: Robert Costello, Esq. (counsel for Rudolph Giuliani)
    Michael Bowe, Esq./ E. Patrick Gilman, Esq. (counsel for Victoria Toensing)