UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SEARCH WARRANTS EXECUTED ON APRIL 28, 2021 | 21-MC-425 (JPO)  ORDER |

J. PAUL OETKEN, United States District Judge:

The Court has reviewed the Government's letter dated June 3, 2021, indicating that the parties jointly propose the appointment of the Honorable Barbara S. Jones as special master in this matter. Accordingly, and finding her appointment to be in the interests of justice, the Court intends to appoint Judge Jones as special master, subject to confirmation by Judge Jones that she is not subject to disqualification pursuant to Rule 53(a)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 455.

SO ORDERED.

Dated: June 4, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge