IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SEARCH WARRANTS EXECUTED ON APRIL 28, 2021 | Case No. 21-MC-425 (JPO) |

## NOTICE OF APPEAL

Victoria Toensing, through counsel, hereby appeals to the U.S. Court of Appeals for the Second Circuit from each and every part of the Decision and Order of the U.S. District Court for the Southern District of New York (Oetken, J.), entered on May 28, 2021 (ECF No. 20), denying Ms. Toensing's requests for injunctive relief. *See* 28 U.S.C. § 1292(a)(1).

Dated:       June 11, 2021

                                      Respectfully submitted,

                                      **BROWN RUDNICK LLP**

                                      By:  */s/ Michael J. Bowe*
                                            Michael J. Bowe
                                            E. Patrick Gilman
                                            Seven Times Square
                                            New York, NY 10036
                                            Tel:  (212) 209-4905
                                            Fax:  (212) 938-2902
                                            Email:  mbowe@brownrudnick.com
                                            Email:  pgilman@brownrudnick.com

                                        *Counsel for Victoria Toensing*

1

## CERTIFICATE OF SERVICE

     I, Michael J. Bowe, hereby certify that on June 11, 2021, I electronically filed the foregoing document with the Clerk using this Court's CM/ECF system, which will automatically serve a Notice of Electronic Filing to the attorneys of record at their email addresses on file with the Court.

Dated:       June 11, 2021

                                                 /s/ *Michael J. Bowe*
                                                   Michael J. Bowe