**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand twenty-one.

United States of America,

    Plaintiff - Appellee,

v.

Victoria Toensing,

    Interested-Party-Appellant.

**ORDER**

Docket No. 21-1485

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 30 2021
```

Appellant moves to withdraw the above-captioned appeal pursuant to Fed. R. App. P. 42(b). The Government does not oppose this request.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/30/2021