UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Search Warrants Executed on April 28, 2021 | Case No.: 1:21-MC-00425-JPO<br><br>**SPECIAL MASTER ORDER** |

By Order of Appointment, dated June 9, 2021 [Dkt. No. 25] (the "Order"), the Court appointed me as Special Master to render decisions regarding "privilege issues relating to the materials seized in the execution of certain search warrants dated April 21, 2021, and April 28, 2021, and executed on April 28, 2021 (the 'Seized Materials')." *See* Order, § 2.

There is a dispute between Mr. Giuliani and the Government over whether the Special Master's review process should be limited to materials with electronic metadata within the date range set forth in the search warrants. Mr. Giuliani argues for such a date range limitation; the Government argues against it. I have informed the parties that the issue should be briefed to, and decided by, the Court, and that I would set a briefing schedule for Mr. Giuliani's motion. In order to ensure an efficient review process, I believe that this issue should be briefed expeditiously. I therefore order the following briefing schedule:

**August 27** for the filing of the motion by Mr. Giuliani;

**September 3** for the Government's opposition; and

**September 8** for Mr. Giuliani's reply, if necessary.

Dated:   New York, New York
         August 18, 2021

*Barbara S. Jones*
_____
**HON. BARBARA S. JONES (Ret.)**