**brown**rudnick

MICHAEL J. BOWE
MBowe@brownrudnick.com

E. PATRICK GILMAN
PGilman@brownrudnick.com

September 24, 2021

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE:   *In re Search Warrant dated April 28, 2021*, 21 Mag. 4591

Dear Judge Oetken:

In light of the Court's September 16, 2021 Order in the above referenced matter, Victoria Toensing does not propose any redactions to the letters referenced therein.[1]

Respectfully submitted,

**BROWN RUDNICK LLP**

E. Patrick Gilman

Cc:  Honorable Barbara Jones (Retired), Special Master (Bracewell LLP)
     Audrey Strauss, Esq. (United States Attorney for the Southern District of New York)
     Hagan Scotten, Esq. (Assistant United States Attorney)
     Nicolas Roos, Esq. (Assistant United States Attorney)
     Aline Flodr (Assistant United States Attorney)

---

[1] The Court's September 16, 2021 Order identified the following letters that will be filed on the public docket: Rudolph Giuliani's letters dated August 27, 2021 and September 10, 2021; Ms. Toensing's letters dated August 30, 2021 and September 13, 2021 (two); Dmitry Firtash's letters dated August 20, 2021 and September 1, 2021; and the Government's letters dated August 27, 2021, September 3, 2021, and September 14, 2021.