

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: <u>In re Search Warrants dated April 21, 2021, and April 28, 2021</u>, 21-MC-425 (JPO)

Dear Judge Oetken:

  The Government writes pursuant to the Court's order of September 16, 2021 (Dkt. 31) to inform the Court that it does not request any redactions to its filings of August 27, 2021; September 3, 2021; or September 14, 2021.
 .

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney for the
      Southern District of New York

    By: _____/s/_____
      Aline R. Flodr
      Nicolas Roos
      Hagan Scotten
      Assistant United States Attorneys
      (212) 637-2423

Cc: Robert Costello, Esq. / Barry Kamins, Esq. / John M. Leventhal, Esq. / Arthur Aidala, Esq.
 (counsel for Rudolph Giuliani)
 Michael Bowe, Esq./ E. Patrick Gilman, Esq. (counsel for Victoria Toensing)
 Dan K. Webb, Esq. / Matthew Carter, Esq. / John Drosick, Esq. (counsel for Dmitry Firtash)