# EXHIBIT A



September 9th, 2021

**Robert J. Costello, Partner**
Davidoff Hutcher & Citron, LLP
605 Third Avenue
New York, NY 10158

Dear Robert,

In regards to the Governments letter dated, September 3rd, 2021. Not all timestamps are the same or contain the same information. The Government references and relies on the "last modified" date in paragraph 4 of their Response, however this is not the only "timestamp" available and is, in fact, contradicted by a number of other date fields provided. For example, Control Number 1B08A_00105714 has a Last Modified value of 7/14/2021 and a DateTime_Email Sent value of 4/28/2021 11:05AM. To put it more succinctly, there's more than one way to skin a cat and there's more than one way to filter data. The errors created by the Government's Vendor can be overcome by a combination of using other date fields as well as text based searches for terms like "2018" or "2019." Indeed, this solution is implied (perhaps unintentionally) by the Government in paragraph four: "It is thus entirely reasonable for the Warrants to allow searches that are not limited by a single date affixed to a document".

Warm Regards,

**Anand DaHarry**
Senior Director, Discovery Solutions & Client Relations

---

3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339

404.592.1867
855.669.1205

www.trustpoint.one
anand.daharry@trustpoint.one