

# DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

WRITER'S DIRECT: (646) 428-3238
E-MAIL: rjc@dhclegal.com

September 17, 2021

<u>*VIA EMAIL*</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>In re Search Warrants Executed on April 28, 2021, 21-MC-425 (JPO)</u>

Dear Judge Oetken:

I write on behalf of Rudolph Giuliani, to inform the Court, that we have no objection to the unsealing of our prior letters dated August 27 and September 10, 2021. Those letters were only requested to be filed under seal because it was a Grandy Jury matter. We see no need for any redactions to our letters.

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP

/s/ Robert J. Costello
Robert J. Costello (RC-8301)
*Counsel for Rudolph Giuliani*
605 Third Avenue
New York , New York 10158

932352.v1

Tel: (212) 557-7200

AIDALA, BERTUNA &KAMINS, PC
Hon. John M. Leventhal (Ret.)
Michael Jaccarino
*Co-Counsel for Rudolph Giuliani*
545 Fifth Avenue
New York, New York 10036
Tel: (212) 486-0011

cc: AUSA Rebekah Doneleski
    AUSA Nicolas Roos
    AUSA Aline Flodr

    Michael Bowe, Esq. (Counsel for Victoria Toensing)
    E. Patrick Gillman, Esq. (Counsel for Victoria Toensing)