UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |  |
|---|---|---|
| In the Matter of Search Warrants | ) | **NOTICE OF APPEARANCE AND** |
| Search Warrants Executed on | ) | **REQUEST FOR ELECTRONIC** |
| April 28, 2021 | ) | **NOTIFICATION** |
|  | ) | **21 MC 425 (MC)** |
|  | ) |  |

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney for the
                              Southern District of New York

                              by: /s/ Hagan Scotten
                                  Hagan Scotten
                                  Assistant United States Attorney
                                  (212) 637-2410