

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**DAN K. WEBB**
Co-Executive Chairman
(312) 558-5600
DWebb@winston.com

September 23, 2021

**BY EMAIL**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re Search Warrant* dated April 28, 2021, 21 Mag. 459lr (21 MC 00425)

Dear Judge Oetken:

    I write in light of the Court's September 16, 2021 Order in the above noted matter.  The Court's Order denied the parties' request to place certain letters under seal and provided a list of letters the Court will file on the public docket.[1]  Mr. Firtash is not proposing any redactions to the letters referenced in the Court's Order.

        Respectfully,

        Dan K. Webb
        WINSTON & STRAWN LLP
        35 West Wacker Drive
        Chicago, Illinois 60601

        *Counsel for Dmitry Firtash*

---

[1] The Order identified the following letters that will be filed on the public docket: Mr. Rudolph Giuliani's letters dated 8/27/2021 and 9/10/2021; Ms. Victoria Toensing's letters dated 8/30/21 and 9/13/2021; Mr. Dmitry Firtash's letters dated 8/20/2021 and 9/1/2021; and the Government's letters dated 8/27/2021, 9/3/2021, and 9/14/2021.



September 23, 2021<br>Page 2

Cc:   Michael Bowe (Counsel for Victoria Toensing), MBowe@brownrudnick.com
Patrick Gilman (Counsel for Victoria Toensing), PGilman@brownrudnick.com
Robert Costello (Counsel for Rudolph Giuliani), rjc@dhclegal.com
Rebekah Donaleski (Assistant United States Attorney), Rebekah.Donaleski@usdoj.gov
Nicolas Roos (Assistant United States Attorney), Nicolas.Roos@usdoj.gov
Aline Flodr (Assistant United States Attorney), Aline.Flodr@usdoj.gov
Hagan Scotten (Assistant United States Attorney), Hagan.Scotten@usdoj.gov