UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of Search Warrants
Executed on April 28, 2021

21-MC-425 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Special Master intends to issue a report in the coming weeks stating her view on which documents in the first group of materials she has reviewed are privileged (the "Report").

The parties are directed to file on the docket any objections to the Report's privilege determinations on a rolling basis, with the final deadline for objections being one week from the issuance of the Report. The objections should be detailed enough for the Court to understand the basis or bases for asserting privilege. The objections shall be filed publicly, except for those portions that divulge the substance of the contested documents, which shall be filed under seal and *ex parte*.

SO ORDERED.

Dated: December 15, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge