UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SEARCH WARRANTS DATED APRIL 21 AND APRIL 28, 2021 | 21-MC-425 (JPO) <br><br> ORDER |

J. PAUL OETKEN, United States District Judge:

On November 14, 2022, the government filed a letter stating that the grand jury investigation that led to the issuance of the warrants in this matter has concluded and that criminal charges are not forthcoming. (Dkt. No. 51.) Accordingly, the appointment of the Special Master in this proceeding, the Hon. Barbara S. Jones, is hereby terminated. The Court is grateful for the outstanding service that the Special Master has performed for the Court.

The Clerk of Court is directed to mark this matter as closed.

SO ORDERED.

Dated: November 16, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge