UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEARCH WARRANTS EXECUTED ON APRIL 28, 2021

21-MC-425 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Judicial Watch, Inc. ("Judicial Watch"), Victoria Toensing, and Rudy Giuliani have moved for an order unsealing certain documents relating to the searches conducted in this matter. Specifically, Judicial Watch and Toensing ask this Court to unseal the search warrants, search warrant applications, supporting affidavits, and other materials related to searches of Toensing's property. (ECF No. 59.) Likewise, Judicial Watch and Giuliani ask this Court to unseal the search warrants, search warrant applications, and other materials related to the searches of Giuliani's property (collectively, the "Sealed Records"). (ECF No. 60.) The Government consents to the unsealing of the Sealed Records with certain limited redactions for the protection of third-party privacy interests. (ECF Nos. 62, 65.)

This is not the first time that this Court has adjudicated a motion to unseal documents relating to the searches conducted in this matter. On December 12, 2023, this Court unsealed related warrant materials concerning Giuliani at the New York Times's request. (ECF No. 56.) For the reasons stated in that Order, and in light of the specific facts and circumstances of this matter—including the termination of the investigation at issue, the Government's confirmation that no further charges would be brought against individuals not already indicted, and the consent of the relevant parties (*see* ECF No. 62 at 2; ECF No. 65 at 2)—the Court agrees that continued sealing of the Sealed Records is not warranted.

The Court also agrees with the Government that some uncharged third parties referenced in the Sealed Records who have not consented to their disclosure have strong privacy interests in nondisclosure, and that those privacy interests outweigh the public's right of access with respect to their identities. *See United States v. Mullins*, No. 22-CR-120, 2023 WL 3159418, at *3 (S.D.N.Y. Apr. 26, 2023); *In re Search Warrant*, No. 16-MC-464, 2016 WL 7339113, at *4 (S.D.N.Y. Dec. 19, 2016). Limited redactions that are sufficient but no more restrictive than necessary to safeguard those third-party privacy interests are therefore appropriate.

The Court has reviewed the Government's proposed redactions to the Sealed Records and finds them to be narrowly tailored to that purpose. However, it appears that the Government failed to redact an email address on page 15, footnote 9, of the agent affidavit in support of the April 13, 2021 search warrant. The Government is directed to redact that information and to review its proposed redactions across all of the Sealed Records for any other errors.

Accordingly, the motions to unseal are GRANTED, and it is hereby ORDERED that the Sealed Records be unsealed, subject to the redactions proposed by the Government, the redaction flagged by this Court, and additional redactions as may be appropriate.

The Government is directed to review its proposed redactions and shall, on or before October 22, 2026, notify the Court if it intends to propose additional redactions or file the Sealed Records on the public docket with the redactions approved by this Order.

The Clerk of Court is directed to close the motions pending at ECF Nos. 59 and 60.

SO ORDERED.

Dated: October 8, 2026
New York, New York

J. PAUL OETKEN
United States District Judge