**U.S. Department of Justice**

Office of the Associate Attorney General

*Washington, D.C. 20530*

**VIA CM/ECF**

October 22, 2026

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *In re Search Warrants Executed on April 28, 2021*, 1:21-mc-00425-JPO

Dear Judge Oetken:

In response to the Court's October 8, 2026 Order, ECF No. 67, the United States submitted two additional proposed redactions to the Search Warrant Materials concerning personally identifying information and information pertaining to third parties that have not consented to unsealing. At the Court's direction, the United States will promptly file the Search Warrant Materials with the redactions approved by the Court. *See* ECF No. 67.

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
STANLEY E. WOODWARD, JR.
Associate Attorney General
stanley.woodward@usdoj.gov

ANNA L. EDWARDS
Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
anna.edwards@usdoj.gov

*Counsel for the United States*